■ GRACE P., an Infant, by and Through JOHN P. and Another, Her Parents and Natural Guardians, et al., Appellants, v CHILDREN's HOSPITAL OF BUFFALO et al., Respondents. [849 NYS2d 818]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered June 12, 2007 in a medical malpractice action. The order denied the cross motion of plaintiffs to strike the answers of defendants on the ground of spoliation of evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.